# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LEAGUE OF WOMEN VOTERS OF TEXAS, RALPH EDELBACH, and BARBARA MASON;<br><br>      Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, RUTH HUGHS, in her official capacity as Texas Secretary of State, DANA DEBEAUVOIR, in his official capacity as Travis County Clerk, CHRIS HOLLINS, in his official capacity as Harris County Clerk; JOHN W. OLDHAM, in his official capacity as Fort Bend County Elections Administrator; LISA RENEE WISE, in her official capacity as El Paso County Elections Administrator;<br><br>      Defendants. | Civil Action<br>Case No. 20-cv-01006-RP |

### DECLARATION OF BARBARA MASON
### (Pursuant to 28 U.S.C. § 1746)

I, Barbara Mason, am over the age of 18 and fully competent to make the following declaration. The facts in this declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts. Under penalty of perjury, I declare and state the following:

1. I am 71-years-old and a resident of Austin, Texas. I have been an active voter my entire adult life, and am committed to voting in this election. I am an annual absentee voter, but not yet received, my absentee ballot.

2. This election, I planned to return my absentee ballot to one of the four drop off locations in Travis County because I am worried about the significant delays the USPS has experienced in delivering mail. I am not confident that if I use the mail to return my ballot, it will actually be

timely delivered for counting.

3. On October 1, 2020, Governor Abbott issued a Proclamation which forced three of four drop off locations in Travis County to close. As a result, I am quite concerned that the single drop off location will not be able to accommodate every absentee voter who is returning their ballot in person, and that there will be a long line to return my ballot. So, I will have to account for that waiting time, in addition to the hour roundtrip drive that I would need to make to get to the drop off location.

4. I am also concerned that by having to be out of my house for so long in order to return my ballot, I may also increase my risk of exposure to COVID-19. I have been taking considerable precautions to avoid exposure to COVID-19, including not spending significant time in public buildings or being out of my house for extended periods of time, and getting grocery delivery. I don't want to be outside of my house so long in order to deliver my ballot that I would need to use public restroom facilities, which I am not doing to protect myself from exposure to COVID-19.

5. This is an unnecessary burden on my ability to return my absentee ballot. Because of it, I am now unsure whether I will actually use the drop-off location—which would be my preference—or place my ballot in the mail and hope that it will arrive.

6. I do not believe that I should be required to choose between a potentially hours-long effort to return my ballot in person, or relying on an unreliable postal mail system in which I currently have little confidence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 2, 2020 at Austin, Texas.

*Barbara L. Mason*
_____
Barbara Mason