# EXHIBIT 15



←   **Thread**

🔍 Search Twitter

# Explore

⚙ Settings

Travis County Clerk @TravisCoClerk · Oct 1 ⌄

You can start hand delivering your own personal mail-in ballot today!

There's no line or traffic right now at the 3 downtown locations. Head downtown to hand-deliver your ballot!



**Hand delivering your own mail-in ballot**

⚠

You may **ONLY** hand deliver your own personal mail-in ballot
You may **NOT** hand deliver a ballot for anyone else
Ballots delivered for someone else will not be accepted or counted

🚗 Stay in your car the entire time

🪪 Show an acceptable form of ID - VoteTexas.gov

✒ Sign a signature roster

🗳 Deposit your ballot into a ballot box

💬 5     ⟲ 50     ♡ 40     ⬆

Travis County Clerk @TravisCoClerk · Oct 1 ⌄

Downtown locations + hours 👇

**Mail-In Ballot Hand Delivery Drive-Thru Locations + Hours**

→ 5501 Airport Blvd Austin, TX 78751 📍
Tax Office drive through payment lanes
→ Travis County 700 Lavaca Parking Garage, Austin, TX 78701
Lavaca entrance
→ Travis County 700 Lavaca Parking Garage, Austin, TX 78701
Guadalupe entrance
→ Travis County 1010 Lavaca Parking Lot Austin, TX 78701
Enter from W. 11th St. between Guadalupe and Lavaca

▷ Oct. 1 – Oct 12: 8 AM-5 PM, Monday-Friday
▷ Oct. 13 – Nov 1: 7 AM-7 PM, Monday-Saturday; 12-6 PM Sunday
▷ Nov. 2: 8 AM-5 PM
▷ Nov. 3: 7 AM-7 PM

VoteTravis.com

💬 1     ⟲ 9     ♡ 6     ⬆

**Replies**

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people

 **Travis County Clerk** @TravisCoClerk   Follow

Dana DeBeauvoir is the Travis County Clerk. The Clerk's Office encompasses Recording, Elections, Civil, Probate, Misdemeanor, and Commissioners Court Minutes.

## What's happening

Soccer · LIVE
**Transfer Deadline Day 2020**
Trending with Partey, Gunnersaurus



Trending in United States ⌄
**J Balvin**
8,071 Tweets

K-pop · Trending ⌄
**#HBDtoJOOHONEY**
Trending with #꿀보다_달콤한_주헌이날, #SweetJooHONEYDay

COVID-19 · LIVE
**COVID-19: How to protect yourself**

Video games · Trending ⌄

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up