UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas League of United Latin American Citizens, National League of United Latin American Citizens, League of Women Voters of Texas, Ralph Edelbach, Barbara Mason, Mexican American Legislative Caucus, Texas House of Represe, Texas Legislative Black Caucus | § § § § § § | NO:  AU:20-CV-01006-RP |

vs.

Greg Abbott, Ruth Hughs, Dana DeBeauvoir, Chris Hollins, John Oldham, Lisa Renee Wise

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a PRELIMINARY INJUNCTION HEARING BY VIDEO CONFERENCE on October 08, 2020 at 01:00 PM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 5th day of October, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE