IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LEAGUE OF WOMEN VOTERS OF TEXAS, RALPH EDELBACK, and BARBARA MASON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, RUTH HUGHS, in her official capacity as Texas Secretary of State, DANA DEBEAUVOIR, in his official capacity as Travis County Clerk, CHRIS HOLLINS, in his official capacity as Harris County Clerk, JOHN M. OLDHAM, in his official capacity as Fort Bend County Elections Administrator, and LISA RENEE WISE, in her official capacity as El Paso County Elections Administrator,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | 1:20-CV-1006-RP<br>(lead case) |
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREGORY ABBOTT, in his official capacity as Governor of the State of Texas, and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § | 1:20-CV-1015-RP |

## AMENDED ORDER

The Court directs the parties in this action, or counsel acting on their behalf, to appear via video conference for a hearing on **Thursday, October 8, 2020, at 1:00 PM**. The Court will hear (1) Plaintiffs' Motions for Preliminary Injunction, (Case No. 1:20-cv-1006, Dkt. 15; Case No. 1:20-cv-1015, Dkt. 9), and (2) Defendants' Motion to Dismiss, (Case No. 1:20-cv-1006, Dkt. 31), as it pertains to jurisdictional challenges to Plaintiffs' claims.

This Amended Order amends the Court's October 5, 2020 Order setting only the Motions for Preliminary Injunction for a hearing. The date, time, and location for the hearing remains the same.

**SIGNED** on October 7, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE