IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LEAGUE OF WOMEN VOTERS OF TEXAS, RALPH EDELBACH, and BARBARA MASON<br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, RUTH HUGHS, in her official capacity as Texas Secretary of State, DANA DEBEAUVOIR, in his official capacity as Travis County Clerk, CHRIS HOLLINS, in his official capacity as Harris County Clerk, JOHN W. OLDHAM, in his official capacity as Fort Bend County Elections Administrator, LISA RENEE WISE, in her official capacity as El Paso County Elections Administrator<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>1:20-cv-1006-RP |

## NOTICE OF APPEARANCE OF CO-COUNSEL ANDREW M. WILLIAMS

TO THE HONORABLE ROBERT PITTMAN:

Defendant Dana DeBeauvoir, ("Defendant DeBeauvoir") hereby notifies the Court that Assistant Travis County Attorney Andrew M. Williams appears in this case as co-counsel on her behalf. Mr. Williams is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Mr. Williams may be contacted at the mailing address, telephone number, and email address listed below.

Defendant DeBeauvoir respectfully requests that the Court enter Mr. Williams' appearance herein and serve him with all filings in this case via its CM/ECF system. Defendant DeBeauvoir further requests that the parties and the Court include Mr. Williams in all future correspondence in this matter.

        Respectfully submitted,

        DAVID A. ESCAMILLA
        County Attorney, Travis County
        P. O. Box 1748
        Austin, Texas 78767
        Telephone:    (512) 854-9513
        Facsimile:    (512) 854-9316

By:    /s/ Andrew M. Williams
        SHERINE E. THOMAS
        State Bar No. 00794734
        sherine.thomas@traviscountytx.gov
        LESLIE W. DIPPEL
        State Bar No. 00796472
        leslie.dippel@traviscountytx.gov
        SHARON TALLEY
        State Bar No. 19627575
        sharon.talley@traviscountytx.gov
        CYNTHIA W. VEIDT
        State Bar No. 24028092
        cynthia.veidt@traviscountytx.gov
        ANDREW W. WILLIAMS
        State Bar No. 24068345
        drew.williams@traviscountytx.gov

        ATTORNEYS FOR DEFENDANT
        TRAVIS COUNTY CLERK,
        DANA DEBEAUVOIR

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2020, I electronically submitted the foregoing with the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to the following:

Chad W. Dunn
chad@brazilanddunn.com
K. Scott Brazil
scott@brazilanddunn.com
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
*Attorneys for Plaintiffs*

Luis Roberto Vera, Jr.
lrvlaw@sbcglobal.net
Law Offices of Luis Roberto Vera & Associates, P.C.
111 Soledad, Suite 1325
San Antonio, TX 78205-2260
*Attorney for Plaintiffs*

Molly Danahy
mdanahy@campaignlegalcenter.org
Mark P. Gaber
mark.gaber@gmail.com
Campaign Legal Center
14th St. Nw, Ste. 400
Washington, DC 20005
*Attorneys for Plaintiffs*

Caleb Jackson
Danielle M. Lang
dlang@campaignlegalcenter.org
Ravi Doshi
Campaign Legal Center
1101 14thst. Nw, Ste. 400
Washington, DC
*Attorneys for Plaintiffs*

Susan L. Hays
hayslaw@me.com
Law Office of Susan Hays, P.C.
P.O. Box 41647
Austin, TX 78704
*Attorney for Defendant Harris County Clerk Chris Hollins*

Justin C. Pfeiffer
justin.pfeiffer@fortbendcountytx.gov
Fort Bend County Attorney's Office
401 Jackson Street, Third Floor
Richmond, TX 77469
*Attorney for Defendant Fort Bend County Elections Administrator John Oldham*

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002
*Attorney for Defendant Harris County Clerk Chris Hollins*

Patrick K. Sweeten
Patrick.Sweeten@oag.texas.gov
Texas Attorney General
300 West 15th St. - 9th Flr
Austin, TX 78701
*Attorney for Defendants Greg Abbott and Ruth Hughs*

| | |
|---|---|
| Todd Lawrence Disher<br>todd.disher@oag.texas.gov<br>Office of the Attorney General of Texas<br>P.O. Box 12548<br>Austin, TX 78711<br>*Attorney for Defendants Greg Abbott and Ruth Hughs* | William Thomas Thompson<br>Will.Thompson@oag.texas.gov<br>Office of the Attorney General of Texas<br>Special Litigation Unit<br>PO Box 12548 (MC-009)<br>Austin, TX 78711-2548<br>*Attorney for Defendants Greg Abbott and Ruth Hughs* |
| Eric A. Hudson<br>eric.hudson@oag.texas.gov<br>Office of the Attorney General of Texas<br>General Litigation Division (019)<br>PO Box 12548<br>Capitol Station<br>Austin, TX 78711<br>*Attorney for Defendants Greg Abbott and Ruth Hughs* | |

/s/ Andrew M. Williams
SHERINE E. THOMAS
LESLIE W. DIPPEL
SHARON TALLEY
CYNTHIA W. VEIDT
ANDREW M. WILLIAMS
Assistant County Attorneys