IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-1006-RP |

## PLAINTIFFS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE PITMAN:

COME NOW Plaintiffs TEXAS LULAC, *et* al and file this Plaintiffs' Advisory to the Court and respectfully show the following:

The Court should be aware of the attached decision issued yesterday by the United States District Court of Northern District of Ohio, Eastern Division in the matter of *A. Phillip Randolph Institute of Ohio, et al. v. Larose*, Case No. 1:20-CV-01908 which is now on appeal. The District Court opinion address similar issues before this Court.

Dated: October 9, 2020                                Respectfully submitted,

                                                                        */s Chad Dunn*

| | |
|---|---|
| Danielle Lang <br> Mark P. Gaber <br> Ravi Doshi <br> Molly Danahy <br> Caleb Jackson <br> Campaign Legal Center Action <br> 1101 14th Street NW, Suite 400 <br> Washington, DC 20005 | Chad W. Dunn (Tex. Bar No. 24036507) <br> Brazil & Dunn <br> 4407 Bee Caves Road <br> Building 1, Suite 111 <br> Austin, TX 78746 <br> (512) 717-9822 <br> chad@brazilanddunn.com <br> K. Scott Brazil (Tex. Bar No. 02934050) |

11

| | |
|---|---|
| Tel.: (202) 736-2200 | 13231 Champion Forest Drive, Suite 406 |
| dlang@campaignlegalcenter.org | Houston, TX 77069 |
| mgaber@campaignlegalcenter.org | (281) 580-6310 |
| cjackson@campaignlegalcenter.org | scott@brazilanddunn.com |
| rdoshi@campaignlegalcenter.org | |
| mdanahy@campaignlegalcenter.org | |

Luis Roberto Vera, Jr.
LULAC National General Counsel
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
(210) 225-3300 (office)
(210) 225-2060 (fax)
lrvlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that on October 9, 2020, the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ Chad W. Dunn
Chad W. Dunn