# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-50867    TX Leag Untd Latin Amer Ctzn, et al v. Greg
                    Abbott, Governor of Texas
                    USDC No. 1:20-CV-1006
                    USDC No. 1:20-CV-1015

Enclosed is an order entered in this case.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *[signature: Allison Lopez]*

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702


Ms. Jeannette Clack
Mr. Chad Wilson Dunn
Mr. Kyle Douglas Hawkins
Ms. Skyler Howton
Ms. Danielle Marie Lang
Ms. Lanora Christine Pettit
Mr. Patrick K. Sweeten
Mr. Luis Roberto Vera Jr.

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-50867

_____

Texas League of United Latin American Citizens;
National League of United Latin American Citizens;
League of Women Voters of Texas; Ralph Edelbach;
Barbara Mason; Mexican American Legislative Caucus,
Texas House of Representatives; Texas Legislative
Black Caucus,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, in her official capacity as Texas
Secretary of State,

*Defendant—Appellant*,

--------------------------------------------------------------------------

Laurie-Jo Straty; Texas Alliance for Retired
Americans; BigTent Creative,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, in her official capacity as Texas
Secretary of State,

*Defendant—Appellant*.

20-50867

_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-1006
USDC No. 1:20-CV-1015
_____

Before WILLETT, HO, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that appellant's motion for a temporary administrative stay while the court considers the motion for stay pending appeal is GRANTED.