# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 22, 2021
Lyle W. Cayce
Clerk

No. 20-50867

---

Texas League of United Latin American Citizens;
National League of United Latin American Citizens;
League of Women Voters of Texas; Ralph Edelbach;
Barbara Mason; Mexican American Legislative Caucus,
Texas House of Representatives; Texas Legislative
Black Caucus,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, *in her official capacity as Texas Secretary of State*,

*Defendant—Appellant*,

---

Laurie-Jo Straty; Texas Alliance for Retired
Americans; BigTent Creative,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, *in her official capacity as Texas Secretary of State*,

*Defendant—Appellant*.

20-50867

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-1006
USDC No. 1:20-CV-1015

_____

Before WILLETT, HO, and DUNCAN, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the opposed motion of appellants to vacate the district court's judgment of October 9, 2020 is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of appellants to remand to the district court with instructions to dismiss as moot is GRANTED.

IT IS FURTHER ORDERED that the incorporated motion of appellees to vacate this court's opinion of October 12, 2020 is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 22, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-50867   TX Leag of Untd Latin v. Hughs
                    USDC No. 1:20-CV-1006
                    USDC No. 1:20-CV-1015

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Kembel Scott Brazil
Ms. Angela Cai
Mr. Christopher Beau Carter
Ms. Jeannette Clack
Ms. Molly Danahy
Mr. Chad Wilson Dunn
Mr. Marc Erik Elias
Mr. Matthew Hamilton Frederick
Mr. Mark P. Gaber
Ms. Susan Lea Hays
Mr. Seth Barrett Hopkins
Ms. Skyler Howton
Ms. Danielle Marie Lang
Mr. Robert Stephen Notzon
Mr. Daniel C. Osher
Ms. Lanora Christine Pettit
Mr. Justin Carl Pfeiffer
Mr. Ezra D. Rosenberg
Mr. Patrick K. Sweeten
Ms. Caroline Van Zile
Mr. Luis Roberto Vera Jr.
Ms. Elizabeth Bonnie Wydra