# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 22, 2021
Lyle W. Cayce
Clerk

No. 20-50867

---

Texas League of United Latin American Citizens;
National League of United Latin American Citizens;
League of Women Voters of Texas; Ralph Edelbach;
Barbara Mason; Mexican American Legislative Caucus,
Texas House of Representatives; Texas Legislative
Black Caucus,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, *in her official capacity as Texas Secretary of State*,

*Defendant—Appellant*,

--------------------------------------------------------------------------

Laurie-Jo Straty; Texas Alliance for Retired
Americans; BigTent Creative,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, *in her official capacity as Texas Secretary of State*,

*Defendant—Appellant*.

20-50867

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-1006
USDC No. 1:20-CV-1015

_____

Before WILLETT, HO, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the opposed motion of appellants to vacate the district court's judgment of October 9, 2020 is GRANTED.

    IT IS FURTHER ORDERED that the opposed motion of appellants to remand to the district court with instructions to dismiss as moot is GRANTED.

    IT IS FURTHER ORDERED that the incorporated motion of appellees to vacate this court's opinion of October 12, 2020 is DENIED.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 16, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-50867    TX Leag of Untd Latin v. Hughs
                        USDC No. 1:20-CV-1006
                        USDC No. 1:20-CV-1015

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

cc:
    Mr. Kembel Scott Brazil
    Ms. Angela Cai
    Mr. Christopher Beau Carter
    Ms. Molly Danahy
    Mr. Chad Wilson Dunn
    Mr. Marc Erik Elias
    Mr. Matthew Hamilton Frederick
    Mr. Mark P. Gaber
    Ms. Susan Lea Hays
    Mr. Seth Barrett Hopkins
    Ms. Skyler Howton
    Ms. Danielle Marie Lang
    Mr. Robert Stephen Notzon
    Mr. Daniel C. Osher
    Ms. Lanora Christine Pettit
    Mr. Justin Carl Pfeiffer
    Mr. Ezra D. Rosenberg

```
Mr. Patrick K. Sweeten
Ms. Caroline Van Zile
Mr. Luis Roberto Vera Jr.
Ms. Elizabeth Bonnie Wydra
```