IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LEAGUE OF WOMEN VOTERS OF TEXAS, RALPH EDELBACK, and BARBARA MASON,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, RUTH HUGHS, in her official capacity as Texas Secretary of State, DANA DEBEAUVOIR, in her official capacity as Travis County Clerk, CHRIS HOLLINS, in his official capacity as Harris County Clerk, JOHN M. OLDHAM, in his official capacity as Fort Bend County Elections Administrator, and LISA RENEE WISE, in her official capacity as El Paso County Elections Administrator,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | 1:20-CV-1006-RP<br>(lead case) |
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY ABBOTT, in his official capacity as Governor of the State of Texas, and RUTH HUGHS, in her official capacity as Texas Secretary of State,<br><br>Defendants. | § § § § § § § § § § § § § § § | 1:20-CV-1015-RP |

1

## ORDER

Before the Court is the above-captioned cases, which is before the Court on remand following the United States Court of Appeals for the Fifth Circuit's decision in *Texas League of United Latin Am. Citizens v. Hughs*, No. 20-50867 (5th Cir. Feb. 22, 2021), which instructed this Court to dismiss this action as moot. Pursuant to the Fifth Circuit's decision and mandate, this Court issues the following order.

**IT IS ORDERED** that Plaintiffs Texas League of United Latin American Citizens, National League of United Latin American Citizens, League of Women Voters of Texas, Ralph Edelbach, and Barbara Mason's claims are dismissed as moot.

**IT IS FURTHER ORDERED** that all pending motions in these cases are moot.

The Court will issue final judgment by separate order.

**SIGNED** on March 24, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE