IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LEAGUE OF WOMEN VOTERS OF TEXAS, RALPH EDELBACK, and BARBARA MASON, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>GREG ABBOTT, in his official capacity as Governor of Texas, RUTH HUGHS, in her official capacity as Texas Secretary of State, DANA DEBEAUVOIR, in her official capacity as Travis County Clerk, CHRIS HOLLINS, in his official capacity as Harris County Clerk, JOHN M. OLDHAM, in his official capacity as Fort Bend County Elections Administrator, and LISA RENEE WISE, in her official capacity as El Paso County Elections Administrator, <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | 1:20-CV-1006-RP <br>(lead case) |
| LAURIE-JO STRATY, TEXAS ALLIANCE FOR RETIRED AMERICANS, and BIGTENT CREATIVE, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>GREGORY ABBOTT, in his official capacity as Governor of the State of Texas, and RUTH HUGHS, in her official capacity as Texas Secretary of State, <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § | 1:20-CV-1015-RP |

## **FINAL JUDGMENT**

On March 24, 2021, the Court dismissed Plaintiffs' claims as moot. (Order, Dkt. 71). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on March 24, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE